UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MAGNA DONNELLY CORPORATION,**

        Plaintiff,

**CASE NUMBER: 07-10688**
**HONORABLE VICTORIA A. ROBERTS**
**MAG. JUDGE LAURIE J. MICHELSON**

v.

**3M COMPANY,**

        Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On February 24, 2012 Magistrate Judge Michelson issued a Report and Recommendation [Doc.66], recommending that Defendant's Emergency Motion for Contempt and Sanctions [Doc.61] be granted in part and denied in part. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). The Court adopts the Report and Recommendation. Defendant's Motion is **GRANTED IN PART AND DENIED IN PART**.

    **IT IS ORDERED**.

                              /s/ Victoria A. Roberts
                              Victoria A. Roberts
                              United States District Judge

Dated: March 14, 2012

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on March 14, 2012.

S/Linda Vertriest
Deputy Clerk