UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAGNA DONNELLY,

       Plaintiff,                      CASE NUMBER: 07-10688
                                        HONORABLE VICTORIA A. ROBERTS

v.

3M COMPANY,

       Defendant.
       _____/

## ORDER ADOPTING R&R

On June 15, 2012, Magistrate Judge Laurie J. Michelson issued a Report and Recommendation on Claim Construction ("R&R") (Doc. 108), subsequently clarified in an order dated July 3, 2012 denying Defendant's Motion for Reconsideration (Doc. 115). Defendant filed objections to the R&R, to which Plaintiff responded and Defendant replied (Docs. 112, 122, 125).

When either party timely objects to any portion of a magistrate judge's ruling on a non-dispositive pretrial matter, the district court may set aside any portion of the ruling found to be "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a).

The Court has reviewed the R&R, the relevant law, and the parties' briefs. Given Magistrate Michelson's careful consideration of the parties' proposed constructions and her thorough analysis, the Court does not find that the R&R is clearly erroneous or contrary to law. Accordingly, the Court **ADOPTS** it in full.

1

**IT IS ORDERED.**

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: July 19, 2012

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on July 19, 2012.<br><br>S/Linda Vertriest<br>Deputy Clerk |